IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CV343 |
| vs. | |
| $208,800 UNITED STATES CURRENCY, | **FINAL PROGRESSION ORDER (AMENDED)** |
| Defendant. | |

The parties filed a joint motion to extend and reopen certain progression order deadlines. Filing No. 21. The Court grants the parties' motion for good cause shown.

Accordingly,

IT IS ORDERED that the final progression order is as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for August 27, 2024, is continued and will be held with the undersigned magistrate judge on **October 1, 2024** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is June 3, 2024. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by June 17, 2024.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadline for identifying expert witnesses expected to testify at the trial,

      (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is July 1, 2024.

4)     The deadline for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is July 30, 2024.

5)     The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is September 20, 2024.

6)     The deadline for filing a motion to suppress is July 11, 2024.

7)     The deadline for filing motions to dismiss and motions for summary judgment is October 11, 2024.

8)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 15, 2024.

9)     All other deadlines and provisions of the Court's Final Progression Order at Filing No. 19 not amended herein remain unchanged.

Dated this 15th day of April, 2024.

                                        BY THE COURT:

                                        *s/ Jacqueline M. DeLuca*

                                        United States Magistrate Judge

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.