IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$208,800 UNITED STATES CURRENCY,<br><br>Defendant. | 8:23CV343<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The Court grants the parties' joint motion to extend the dates in the final progression order as set forth herein. Filing No. 28.

Accordingly,

IT IS ORDERED that the final progression order is as follows:

1)  The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for October 1, 2024 is <u>continued</u> and will be held with the undersigned magistrate judge on **November 5, 2024** at **2:00 p.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)  The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is October 28, 2024.

3)  The deadline for filing motions to dismiss and motions for summary judgment is December 16, 2024.

4)  All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 20th day of September, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge