IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>$208,800 IN UNITED STATES CURRENCY,<br><br>        Defendant,<br>and<br><br>CHAI VANG,<br><br>        Claimant. | 8:23CV343<br><br>**ORDER** |

    This matter is before the Court on the parties' Settlement Stipulation (Filing No. 43). Pursuant to the Court's August 7, 2023, Order (Filing No. 6), the government published notice of its intent to dispose of Defendant property--$208,800 in United States currency—in such a manner as the Attorney General may direct. A Declaration of Publication was filed on October 17, 2023 (Filing No. 15). The parties have advised, and the Court finds, that no other Claim or Answer has been filed in this case, other than by Chai Vang. Accordingly, the Settlement Stipulation (Filing No. 43) is approved. Therefore,

    IT IS ORDERED:

1.    $104,400 of the $208,800 defendant property shall be returned to the claimant, Chai Vang. Payment by the U.S. Customs and Border Protection will be tendered to the trust account of the claimant's attorney, Oluseyi O. Olowolafe.

2.    The remaining $104,400 shall be forfeited to the government, with all right, title and interest in or to such property held by any person or entity forever

       barred and foreclosed. The U.S. Customs and Border Protection shall dispose of said $104,400 in accordance with the law.

3. The government and the claimant shall each pay their own costs and attorney's fees associated with this lawsuit.

4. Claimant's counsel shall file a receipt indicating receipt of the funds. Thereafter, the parties shall file a Joint Stipulation for Dismissal.

Dated this 22nd day of May 2025.

                              BY THE COURT:

                              Robert F. Rossiter, Jr.
                              Chief United States District Judge