IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>$208,800 UNITED STATES CURRENCY,<br><br>    Defendant,<br><br>and<br><br>CHAI VANG,<br><br>    Claimant. | 8:23CV343<br><br>ORDER OF DISMISSAL |

  This matter is before the Court on the parties' Joint Stipulation for Dismissal. (Filing No. 46), detailing the parties' settlement. They have advised the Court that $104,400 of the $208,800 defendant property was returned to claimant Chai Vang. The remaining $104,400 shall be forfeited to the government and disposed of administratively by U.S. Customs and Border Protection.

  Pursuant to Fed. R. Civ. P. 41(a)(1), the government's cause of action against the defendant property is hereby dismissed in its entirety. The parties are responsible for their own costs and attorney fees.

  IT IS SO ORDERED.

  Dated this 18th day of August 2025.

                BY THE COURT:

                Robert F. Rossiter, Jr.
                Chief United States District Judge